United States Courts
Southern District of Texas
FILED

*July 01, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **Criminal No. 4:26-cr-406** |
| | § | |
| **CECILIO HERNANDEZ-ROJO** | § | |
| **aka Ceilio Rojo** | § | |
| | § | |
| **Defendant.** | | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### Count One

On or about June 2, 2026, in the Houston Division of the Southern District of Texas,

**CECILIO HERNANDEZ-ROJO
aka Ceilio Rojo**

defendant herein, an alien who previously had been denied admission, excluded, deported, and

removed from the United States, after having been convicted of a felony offense, knowingly and

unlawfully was present in the United States when found in Houston, Texas, without having

obtained consent before March 2003, from the Attorney General of the United States to reapply

for admission into the United States; and without having obtained corresponding consent after

February 2003, from the Secretary of the Department of Homeland Security pursuant to 6 U.S.C.

§§ 202(3) and (4) and 6 U.S.C. § 557.

In violation of Title 8, United States Code, Sections 1326(a) and (b).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

_____

FOREPERSON OF THE GRAND JURY

JOHN G.E. MARCK
Acting United States Attorney

By: _____

AMANDA R ALUM
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9000 Phone
(713) 718-3300 Fax

2